# EXHIBIT A

**U.S. Department of State, Bureau of Consular Affairs, Office of the Legal Adviser, Judicial Assistance Team correspondence (June 15, 2026)**

JDKATZ
ATTORNEYS AT LAW

Jeffrey Katz <jeffrey@jdkatz.com>

## Response to Iran FSIA service questions

**Jeffrey Katz** <jeffrey@jdkatz.com> Mon, Jun 15, 2026 at 8:30 AM
To: FSIA-LR <FSIA-LR@state.gov>
Cc: "sion@jdkatz.com" <sion@jdkatz.com>

Ladies and gentlemen:

We write to request an updated status determination regarding the availability of service of process upon the Islamic Republic of Iran through diplomatic channels under 28 U.S.C. § 1608(a)(4). This letter follows the Department's correspondence dated March 11, 2026, in which the Department advised that, while the Embassy of the Swiss Confederation continues to serve as the protecting power for United States interests in Iran, the Foreign Interests Section was temporarily closed and that, given the security situation in Iran, service upon Iranian defendants under Section 1608(a)(4) was not possible at that time.

Since that determination, the circumstances on which it rested appear to have materially changed. In late April 2026, the Swiss Federal Department of Foreign Affairs announced that it had begun a phased reopening of the Swiss Embassy in Tehran, with personnel returning to resume the mission's core functions, including the protecting-power mandate exercised on behalf of the United States. These developments have continued against the backdrop of the ceasefire and the subsequently announced framework between the United States and Iran.

In light of the foregoing, we respectfully request that the Department advise whether service of process upon the Islamic Republic of Iran pursuant to Section 1608(a)(4) is available at this time. If service is not yet available, we would be grateful for any estimate the Department is able to provide as to when such service is anticipated to become possible. To the extent the Department's position has changed since its March 11, 2026 correspondence, we would appreciate written confirmation upon which we may rely in apprising the relevant courts of the status of service in the pending matters.

We appreciate the continued assistance of your office, and of your colleagues at the U.S. Embassy in Bern, in tracking these matters as circumstances develop. Please do not hesitate to contact me directly should you require any additional information.

Best Regards,

Jeffrey D Katz

Sent from Gmail Mobile
[Quoted text hidden]

JDKATZ
ATTORNEYS AT LAW

**Jeffrey Katz <jeffrey@jdkatz.com>**

---

## Response to Iran FSIA service questions

---

**FSIA-LR** <FSIA-LR@state.gov> Mon, Jun 15, 2026 at 10:37 AM
To: Jeffrey Katz <jeffrey@jdkatz.com>, FSIA-LR <FSIA-LR@state.gov>
Cc: "sion@jdkatz.com" <sion@jdkatz.com>

Good morning,

Thanks for your email. We have been in touch with our colleagues in Bern, and while we understand the Foreign Interests Section of the Swiss Embassy in Tehran has reopened, at this time there are still no regular diplomatic shipments between Bern and Tehran, which continues to inhibit the ability to transmit documents in either direction.

Sincerely,

Judicial Assistance Team

U.S. Department of State

Bureau of Consular Affairs

Office of the Legal Adviser

U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

[Quoted text hidden]

---

***JDKATZ, P.C. Website*** :

*We've moved! Please note our new address: 4800 Montgomery Lane, Suite 600, Bethesda, Maryland 20814. Our phone numbers and email addresses remain the same. We look forward to serving you in our new offices.*

**Confidentiality Notice:** This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. **Electronic Signature Notice:** Nothing contained in the body and/or header of this e-mail is