# EXHIBIT B

**U.S. Postal Service, International Service Disruptions (updated August 7, 2026)**

About Newsroom

Service alerts

# International service disruptions

## International Mail Service Suspensions

Updated: Aug. 7, 2026

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to inadequate transportation options or service disruptions within the country. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

Hide the suspensions

| Suspension Due to Unavailability of Transportation | | |
|---|---|---|
| Afghanistan | Iran | Turkmenistan |
| Belarus | Kiribati | Venezuela |
| Bhutan | Seychelles | Yemen |
| Cuba | South Sudan | |
| Haiti | Sudan | |

These service disruptions affect Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Mail International® (FCMI), First-Class Package International Service® (FCPIS®), International Priority Airmail® (IPA®), and M-Bag® items.

Unless otherwise noted, service suspensions to a particular country do not affect delivery of military and diplomatic mail.

| | |
|---|---|
| **For already deposited items:** | Postal Service employees endorse them “Mail Service Suspended — Return to Sender” and then place them in the mail stream for return. |
| **For any returned item bearing a customs form:** | The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service. |
| **For all other returned items not bearing a customs declarations form:** | The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service. |

**Priority Mail Express International®**

Effective October 25, 2021, due to airline travel restrictions and cancellations, the U.S. Postal Service has temporarily suspended the guarantee on Priority Mail Express International® to the following destinations:

| Suspension of Priority Mail Express International Guarantee | | |
|---|---|---|
| Great Britain | New Zealand | Sweden |
| Israel | Singapore | Switzerland |

These suspensions will be in effect until further notice. The Postal Service is taking all reasonable measures to minimize impact to our customers.

Select one of the entries below to display disruption information for that location or event.

Select View

**Sort by:**

Name, ascending Sort

Back to top

Copyright© 2026 United States Postal Service

What we do

Newsroom

Resources

Careers

Back to top