# EXHIBIT C

**DHL service advisory, suspension of service to Iran**

# Get a Free Domestic or International Business Shipping Quote Online

Use our shipping calculator to instantly estimate shipping costs for packages or pallets, domestic and international. Get your quote and book fast.

Create an import shipment

**From**

United States of America Change location

This is your billing country/region

City
Bethesda

Zip Code *
20814

**To**

Country or Region *
iran

City

Zip Code

Unfortunately we are not shipping to the country or region you entered. Please choose a suggested country or region from the dropdown

This is a residential address

### How DHL's shipping calculator estimates shipping costs?

With our shipping cost calculator, you can effortlessly compare various shipping options, weighing cost against delivery time to identify the most suitable solution. By itemizing the different fees, you can see how customs duties and surcharges affect shipping costs. Additionally, the shipping calculator lets you optimize your shipments by adjusting size, weight, and delivery speed.

### How to use the shipping tool to estimate shipping costs?

1. **Enter Shipment Details:** Start by providing information about where the package should be sent from and sent to. Then specify the type of shipment and its weight and dimensions.
2. **Choose Shipping Options:** Select from various shipping services, such as express or economy. If you ship regularly, you can create a business account to streamline your shipping process.
3. **Get Instant Quote:** Once all details are entered, the shipping tool will estimate the cost of your shipment.
4. **Review and Book:** If you're satisfied with the shipping quote, you can book your shipment directly through the platform.

### Why ship with DHL?

- **Fast & Reliable:** Trusted delivery options for urgent shipments

- **Global Reach:** Ship to over 220 countries and territories
- **Real-Time Tracking:** Stay informed from pickup to delivery
- **Dedicated Support:** Contact our shipping experts for assistance tailored to your needs

## How does international shipping from the U.S work?

**Shipping to North America**

DHL offers a range of solutions for cross-border shipping in North America

- Explore Shipping from the US to Canada
- Explore Shipping from the US to Jamaica

**Shipping to Oceania**

With a strong global network DHL is making shipping from US to Australia and New Zealand easy

- Explore Shipping from the US to Australia
- Explore Shipping from the US to New Zealand

**Shipping to Africa**

Trust DHL as your partner for smooth international shipping from the US to Africa

- Explore Shipping from the US to South Africa
- Explore Shipping from the US to Nigeria

**Shipping to Europe**

DHL is your reliable partner for international shipping from the US to Europe

- Explore Shipping from the US to Europe
- Explore Shipping from the US to UK
- Explore Shipping from the US to Germany

**Shipping to Asia**

Overseas shipping made easy with DHL. Find out more about the affordable and timely shipping solutions

- Explore Shipping from the US to the Philippines
- Explore Shipping from the US to Singapore
- Explore Shipping from the US to India

**Import from China**

The import of international goods can be a complex topic. But also in this case DHL is the right partner

- Explore Shipping from China to the US