**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DOE et al** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No.** 1:26-cv-2507 |
| **THE ISLAMIC REPUBLIC OF IRAN et at.** | : | |
| **Defendants** | : | |
| | : | |

---

## ORDER

Before the Court is Plaintiffs' Motion for Alternative Service by Electronic Mail and to Deem Service Complete Upon Defendants. Plaintiffs seek leave to serve Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Ministry of Intelligence and Security by electronic mail. Because the methods of service ordinarily prescribed by statute are unavailable due to the ongoing military conflict between the United States and Iran, the Court may authorize a method "reasonably calculated to give actual notice" that is "consistent with the law of the place where service is to be made." 28 U.S.C. § 1608(b)(3)(C). The Court finds that service by electronic mail to the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int and to the Ministry of Foreign Affairs of the Islamic Republic of Iran at info@mfa.gov.ir satisfies that standard, as the Permanent Mission's role as Iran's diplomatic representation makes it well-suited to ensure that the proper parties receive actual notice. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Alternative Service is **GRANTED**; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1608(b)(3)(C), Plaintiffs may effect service of process upon Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Ministry of Intelligence and Security by transmitting the summons, the Complaint, the Notice of Suit, and all required attachments, together with a Farsi translation of each document, by electronic mail to (1) the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int, and (2) the Ministry of Foreign Affairs of the Islamic Republic of Iran at info@mfa.gov.ir; and it is further

**ORDERED** that service so effected shall constitute service upon those Defendants; and it is further

**ORDERED** that Plaintiffs shall file a certificate of service, together with proof of transmission, within seven (7) days of effecting service.

SO ORDERED.

DATE: ______________________ ______________________________________
U.S. Magistrate Judge Moxila A. Upadhyaya